UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY SMITH, | No. 2:15-cv-2618 AC P |
| Plaintiff, | |
| v. | ORDER |
| SISKIYOU COUNTY JAIL, | |
| Defendant. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statement for the *six* month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Additionally, the certificate filled out by authorized personnel at the jail has been modified to state that it covers only the past three months. ECF No. 2 at 2. The certificate must cover the past *six* months. 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of his prison trust account statement and a properly completed certificate.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

1

2. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis that includes a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: January 6, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2