UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SISKIYOU COUNTY JAIL,<br><br>　　　　　Defendant. | No. 2:15-cv-2618 AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff was directed to submit a new application to proceed in forma pauperis accompanied by a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  ECF No. 8.  Plaintiff has not submitted another application to proceed in forma pauperis, and while he has submitted a copy of his prison trust account statement, it is not certified.  Before the court can grant him leave to proceed in forma pauperis plaintiff must provide a **certified** copy of his prison trust account statement.  28 U.S.C. § 1915(a)(2).  Plaintiff does not need to provide any explanations regarding how long he has been in prison.  He need only complete the application to proceed in forma pauperis and provide a **certified** copy of his prison trust account statement.  Plaintiff will be given another opportunity to comply with this court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall submit an application to proceed in forma pauperis that must be accompanied by a **certified** copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: March 1, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE