UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ANTHONY SMITH, | No. 2:15-cv-2618 AC P |
| Plaintiff, | |
| v. | ORDER |
| SISKIYOU COUNTY JAIL, | |
| Defendant. | |

Plaintiff has filed a motion for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's June 6, 2017 motion for an extension of time (ECF No. 19) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file his amended complaint.

DATED: June 8, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE